DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

WOODROW UNDERWOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-2341

————————————————

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for DeSoto County; Don T. Hall, Judge.

Woodrow Underwood, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.